United States District Court
Middle District of North Carolina
Post Office Box 3485
Greensboro, North Carolina 27402

Chambers of

William L. Osteen
Judge

August 13, 2004

RECEIVED
Aug 18 10 52 AM '04
FINANCIAL
DISCLOSURE OFFICE

Honorable Mary M. Lisi
Chair
Committee on Financial Committee
One Columbus Circle, N.E.
Washington, D.C.   20544

     Re: Calendar Year 2003 Filing

Dear Judge Lisi:

     In response to the questions raised in your letter of July 27, 2004, which concern my financial report dated May 5, 2004, I offer the following:

     1.  In Part V, I was not reimbursed for food, lectures, and hotel expense.  All of these expenses were paid for by George Mason University Law and Economics Center.  The $1889 figure is the cost furnished by George Mason for the items furnished to me.  I did not receive any gifts of reimbursement as set forth in Part V.

     2.  My U.S. Treasury bills were redeemed in full. At the end of the 2003 reporting year, I owned no Treasury Bills.

     I hope this answers your questions.

                              Sincerely,



                         William L. Osteen

WLO:ajv

(2) copies attached

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) OSTEEN, WILLIAM L | 2. Court or Organization MIDDLE DISTRICT OF N. C. | 3. Date of Report 5/5/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date 4/25/1991 ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address P.O. BOX 3485 GREENSBORO NC 27402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Morganton Rd. Partnership |
| 2. Partner | NC 55 Partnership |
| 3. Partner | Silver Briar Partnership |
| 4. Partner | WACO Partnership |
| 5. Partner | Oak Hill Partnership |

RECEIVED MAY 19 I 10 PH '04 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | ** NOTHING TO REPORT ** |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | Chemonics International, Inc. - contractor with U.S. State Dep't | June 11-June 25; meeting with Russian judges; food, lodging, transportation; Petrogavodsk. $1,000.00 |
| 2. | George Mason Univ. Law & Economics Center | Apr. 30-May 6; travel to/from Tucson, AZ. $455.00 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | George Mason Univ. Law & Economics Center | Apr. 30-May 6; food, transportation, lectures; Tucson, AZ. | $1,889 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OSTEEN, WILLIAM L | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.     First Citizens, GSO, NC | B | Interest | K | T | | | | | |
| 2.     Common Stock, Southern Nat'l (now BB&T) | E | Div | O | T | | | | | |
| 3.     Common Stock, New Park Resources■ | A | Dividend | J | T | | | | | |
| 4.     Mutual Fund, Putnm Fund, Boston, MA. Managed Muncipal, Inc. | A | Dividend | K | T | | | | | |
| 5.     Interstate Sec., Tulsa, VA | A | P'ship | J | T | | | | | |
| 6.     Silver Briar, GSO, NC | D | P'ship | L | T | | | | | |
| 7.     NC 55, Greensboro, NC | C | P'ship | K | T | | | | | |
| 8.     Morganton Rd., GSO, NC | D | P'ship | L | T | | | | | |
| 9.     WACO, GSO, NC | D | P'ship | K | T | | | | | |
| 10.   Oakhill, GSO, NC | C | P'ship | K | T | | | | | |
| 11.   Wachovia, GSO, NC | E | Interest | N | T | | | | | |
| 12.   IRA American Pace Interstate | A | Dividend | J | T | | | | | |
| 13.   American Funds Groups | B | Div | M | T | | | | | |
| 14.   Promissory Note - W.L. Osteen, Jr. | D | Int | M | T | | | | | |
| 15.   BB&T, GSO, NC | D | Interest | L | T | | | | | |
| 16.   Interstate/Johnson Lane Account | A | Interest | J | T | | | | | |
| 17.   U.S. Treasury Bills | A | Interest | M | T | Redeemed | 01/03 | M | | U.S. Gov't |
| 18.   Wachovia Bank | D | Interest | M | T | | | | | |

1. Income/Gain Codes:           A = $1,000 or less           B = $1,001-$2,500           C = $2,501-$5,000           D = $5,001-$15,000           E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000        G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:                 J = $15,000 or less          K = $15,001-$50,000         L = $50,001-$100,000        M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000       O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                                P3 = $25,000,001-$50,000,000                            P4 = $More than $50,000,000
3. Value Method Codes           Q = Appraisal                R = Cost (Real Estate Only)  S = Assessment              T = Cash/Market
   (See Column C2)              U = Book Value               V = Other                   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| OSTEEN, WILLIAM L | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. John Hancock Regional | A | Dividend | J | T | | | | | |
| 20. Fidelity Advisor Growth | A | Dividend | J | T | | | | | |
| 21. MFS Capital Opport. | A | Dividend | K | T | | | | | |
| 22. MFS Research Fund | A | Dividend | J | T | | | | | |
| 23. MFS Emerging Growth | A | Dividend | J | T | | | | | |
| 24. Pfizer | A | Dividend | J | T | | | | | |
| 25. America OnLine | A | Dividend | J | T | | | | | |
| 26. Nokia | A | Dividend | J | T | | | | | |
| 27. Amgen | A | Dividend | K | T | | | | | |
| 28. CISCO | A | Dividend | J | T | | | | | |
| 29. Duke Energy | A | Dividend | K | T | | | | | |
| 30. General Electric | A | Dividend | K | T | | | | | |
| 31. Home Depot | A | Dividend | J | T | | | | | |
| 32. Merck & Co. | A | Dividend | J | T | | | | | |
| 33. Seligman Fund | A | Dividend | K | T | | | | | |
| 34. RF Micro | A | Dividend | K | T | | | | | |
| 35. EMC | A | Dividend | J | T | | | | | |
| 36. Lowe's | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Bank America | A | Dividend | K | T | | | | | |
| 38. McData | | None | J - | T | | | | | |
| 39. Walmart | A | Dividend | K | T | Buy | 6/10 | K | | |
| 40. Microsoft | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000

(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000

(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000

P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII. Line 40:  The Microsoft stock was purchased approximately five years ago by  Until this year, I thought the R.F. Micro stock wsas what had purchased.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ██████████████████

Date _May 5, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544